(114 So. 918)

Robert MERRILL v. STATE. (7 Div. 761.) Supreme Court of Alabama. June 30, 1927. Rehearing Denied Oct. 20, 1927. Certiorari to Court of Appeals. See, also, 21 Ala. App. 38, 104 So. 881. A. H. Carmichael, of Tuscumbia, and L. H. Ellis, of Columbiana, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Robert Merrill for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Merrill v. State, 112 So. 806. Writ denied.

ANDERSON, C. J., and THOMAS, BOULDIN, and BROWN, JJ., concur.